**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

| | |
|---|---|
| MARK ANTONIO WILLIAMS<br>ADC #141529 | PETITIONER |
| v.    CASE NO. 5:13CV00176 SWW-JTK | |
| RAY HOBBS, Director,<br>Arkansas Department of Correction | RESPONDENT |

### ORDER

On June 1, 2013, Petitioner filed a habeas petition pursuant to 28 U.S.C. § 2254. Both federal law and § 2254's procedural rules require that a petition be signed under penalty of perjury by a petitioner, or at a minimum, someone acting in his behalf. 28 U.S.C. § 2242; Rule 2(c) of the Habeas Rules. In the event the petitioner fails to comply with this requirement, a court may dismiss the petition. *See Hendricks v. Vasquez*, 908 F.2d 490, 941 (9th Cir. 1990) (a court may dismiss an unsigned and unverified petition).

The petition Petitioner mailed is not signed by him under penalty of perjury or, for that matter, even signed (or dated) at all. Thus, the Clerk is directed to return the petition to Petitioner so that he may sign and date it.

IT IS ORDERED this 26th day of June, 2013.

_____
UNITED STATES MAGISTRATE JUDGE