**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

MARK ANTONIO WILLIAMS                                                                          PETITIONER
ADC #141529

v.                                  CASE NO. 5:13CV00176 SWW-JTK

RAY HOBBS, Director,
Arkansas Department of Correction                                                              RESPONDENT

### ORDER

On June 1, 2013, Petitioner filed a habeas petition pursuant to 28 U.S.C. § 2254. Both federal law and § 2254's procedural rules require that a petition be signed under penalty of perjury by a petitioner, or at a minimum, someone acting in his behalf. 28 U.S.C. § 2242; Rule 2(c) of the Habeas Rules. In the event the petitioner fails to comply with this requirement, a court may dismiss the petition. *See Hendricks v. Vasquez*, 908 F.2d 490, 941 (9th Cir. 1990) (a court may dismiss an unsigned and unverified petition).

The petition Petitioner mailed is not signed by him under penalty of perjury or, for that matter, even signed (or dated) at all. Thus, the Clerk is directed to return the petition to Petitioner so that he may sign and date it.

IT IS ORDERED this 26th day of June, 2013.

_____
UNITED STATES MAGISTRATE JUDGE